**NONPRECEDENTIAL DISPOSITION**

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted July 31, 2012
Decided October 3, 2012

**Before**

DIANE P. WOOD, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

| | |
|---|---|
| No. 11-1996 | |
| | On Remand from the Supreme Court of the United States |
| UNITED STATES OF AMERICA,<br>*Plaintiff-Appellee,* | |
| | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | |
| IDOWU AKIWOWO, also known as WHIP,<br>*Defendant-Appellant.* | No. 1:10-cr-00216-1 |
| | Elaine E. Bucklo, *Judge* |

**O R D E R**

On July 31, 2012, the Supreme Court of the United States granted Idowu Akiwowo's petition for a writ of certiorari, vacated this court's judgment in the case, and remanded for further consideration in light of *Dorsey v. United States*, 567 U.S. –, 132 S. Ct. 2321 (2012). In accordance with Circuit Rule 54, both parties have filed statements of position setting forth the action that they believe should be taken. Each has recommended that Akiwowo is

entitled to resentencing, in light of *Dorsey*, and we agree with that assessment. We thus **VACATE** Akiwowo's sentence and **REMAND** this case to the district court for the Northern District of Illinois for re-sentencing under the Fair Sentencing Act of 2010, as required by *Dorsey.*

SO ORDERED.